```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G & G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

            v.

MANUEL SANCHEZ TORRES, *individually and d/b/a* MI LUGAR RESTAURANT *d/b/a* EL REY DEL TACO *a/k/a* LA EQUINITA; and MI LUGAR RESTAURANT CORP., *an unknown business entity d/b/a* MI LUGAR RESTAURANT *d/b/a* EL REY DEL TACO *a/k/a* LA ESQUINITA,

                Defendants.

No. 20-CV-3487 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On June 17, 2020, Plaintiff filed an affidavit of service stating that Defendant Mi Lugar Restaurant Corp. was served on June 2, 2020. Defendant's answer was due on June 23, 2020. Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by August 5, 2020. If Defendant fails to do so, and Plaintiff intends to move for default judgment, it shall do so by August 19, 2020. Any motion for default judgment must comply with Rule 5 of the Court's Emergency Individual Rules and Practices in Light of Covid, available at https://nysd.uscourts.gov/hon-ronnie-abrams, and must be supported by a Clerk's Certificate of Default, which Plaintiff may obtain in accordance with Rule 16.1 of the Southern District of New York's Electronic Case Filing Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

Plaintiff shall serve a copy of this Order on Defendant by July 29, 2020 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:   July 22, 2020
        New York, New York

_____
Ronnie Abrams
United States District Judge