**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 7/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

G & G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

        v.

MANUEL SANCHEZ TORRES, *individually and d/b/a* MI LUGAR RESTAURANT *d/b/a* EL REY DEL TACO *a/k/a* LA EQUINITA; and MI LUGAR RESTAURANT CORP., *an unknown business entity d/b/a* MI LUGAR RESTAURANT *d/b/a* EL REY DEL TACO *a/k/a* LA ESQUINITA,

                Defendants.

No. 20-CV-3487 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On July 21, 2020, Plaintiff filed an affidavit of service stating that Defendant Manuel Sanchez Torres was served on July 1, 2020. Defendant's answer was due on July 22, 2020. Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by August 28, 2020. If Defendant fails to do so, and Plaintiff intends to move for default judgment, it shall do so by August 27, 2020.

    Plaintiff shall serve a copy of this Order on Defendant by August 14, 2020 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    July 31, 2020
              New York, New York

                                          Ronnie Abrams
                                          United States District Judge