USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

G & G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

        v.

MANUEL SANCHEZ TORRES, *individually and d/b/a* MI LUGAR RESTAURANT *d/b/a* EL REY DEL TACO *a/k/a* LA EQUINITA; and MI LUGAR RESTAURANT CORP., *an unknown business entity d/b/a* MI LUGAR RESTAURANT *d/b/a* EL REY DEL TACO *a/k/a* LA ESQUINITA,

                Defendants.

No. 20-CV-3487 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      In light of the fact that Defendants have not yet appeared, *see* Dkts. 12, 19, the initial conference presently scheduled for August 7, 2020 is hereby adjourned *sine die*.

SO ORDERED.

Dated:    August 5, 2020
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge