UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC-SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: <br> DATE FILED: 8/20/2020 | |

G & G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

v.

MANUEL SANCHEZ TORRES, *individually and d/b/a* MI LUGAR RESTAURANT *d/b/a* EL REY DEL TACO *a/k/a* LA EQUINITA; and MI LUGAR RESTAURANT CORP., *an unknown business entity d/b/a* MI LUGAR RESTAURANT *d/b/a* EL REY DEL TACO *a/k/a* LA ESQUINITA,

                Defendants.

No.  20-CV-3487 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On July 27, 2020, the Clerk of Court entered a certificate of default against Defendants Mi Lugar Restaurant Corp. and Manuel Sanchez Torres.  Dkts. 17-18.  Pursuant to the Court's July 31, 2020 Order, however, Defendant Manual Sanchez Torres's date to answer or otherwise respond to the Complaint was extended to August 28, 2020.  Dkt. 19.  On August 18, 2020, Plaintiff moved for default judgment against both Defendants and filed supporting declarations of Nicolas J. Gagliardi and Joseph P. Loughlin.  Dkts. 22-28.  Upon consideration of these documents it is hereby:

      ORDERED that, Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order by **September 18, 2020** on Defendant Mi Lugar Restaurant Corp. by the methods described in Rule 4 of the Federal Rules of Civil Procedure.  If Defendant Manuel Sanchez Torres fails to answer or otherwise respond to the Complaint by August 28, 2020, Plaintiff shall also serve these documents on him by **September 18, 2020.**  Plaintiff shall

file proof of service of these documents with the Court.

      IT IS FURTHER ORDERED that Defendants' answering papers, if any, should be served upon Plaintiff by **October 9, 2020**.

      In light of the COVID-19 crisis, the Court will not have a conference and will instead resolve this matter on the papers. If Defendants fail to file answering papers on Plaintiff by October 9, 2020, or fail to request an extension to do so, judgment may be entered for Plaintiff. SO ORDERED.

Dated:   August 20, 2020  
           New York, New York

                                            Ronnie Abrams  
                                            United States District Judge