USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G & G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

v.

MANUEL SANCHEZ TORRES, *individually and d/b/a* MI LUGAR RESTAURANT *d/b/a* EL REY DEL TACO *a/k/a* LA EQUINITA; and MI LUGAR RESTAURANT CORP., *an unknown business entity d/b/a* MI LUGAR RESTAURANT *d/b/a* EL REY DEL TACO *a/k/a* LA ESQUINITA,

                Defendants.

No. 20-CV-3487 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It has come to the Court's attention that Plaintiff G&G Closed Circuit Events, LLC, attached to its complaint an exhibit in redacted form. *See* Dkt. 1 at 12-20. The Affidavits of Nicolas J. Gagliardi and Joseph P. Loughlin, filed in support of Plaintiff's pending motion for default judgment, similarly attach a exhibit in redacted form. *See* Dkt. 24, 25. Plaintiff did not seek Court approval to redact these public court filings.

    Pursuant to this Court's Individual Rules & Practices in Civil Cases, a party seeking to file a document in redacted form shall electronically file a letter motion seeking such leave. The letter motion itself shall be filed in public view, should explain the reasons for seeking to file the document in redacted form, and should not include confidential information. At the same time, the party shall (1) publicly file on ECF and electronically relate to the letter motion a copy of the document with the proposed redactions; and (2) file under seal on ECF (with the appropriate level of restriction) and electronically relate to the motion an unredacted copy of the document

with the proposed redactions highlighted.

To be approved, any redaction or sealing of a court filing must be narrowly tailored to serve whatever purpose justifies the redaction or sealing and must be otherwise consistent with the presumption in favor of public access to judicial documents. *See, e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

It is hereby ORDERED that, by no later than January 1, 2021 Plaintiff shall either file a letter motion as described above, or file unredacted copies of those exhibits on the docket.

SO ORDERED.

Dated:   December 11, 2020
         New York, New York

                                             Ronnie Abrams
                                             United States District Judge