**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

                20 **CIV** 3487 (RA)

      -against-                **DEFAULT JUDGMENT**

MANUEL SANCHEZ TORRES, *individually and d/b/a* MI LUGAR RESTAURANT *d/b/a* EL REY DEL TACO *a/k/a* LA ESQUINITA; and MI LUGAR RESTAURANT CORP., *an unknown business entity d/b/a* MI LUGAR RESTAURANT *d/b/a* EL REY DEL TACO *a/k/a* LA ESQUINITA,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion and Order dated January 11, 2021, Plaintiff's motion for a default judgment is granted: Plaintiff is awarded $10,800 in statutory damages; Defendants are jointly and severally liable for that amount; accordingly, the case is closed.

**DATED**: New York, New York
           January 12, 2021

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
                          **BY:** _____
                                        **Deputy Clerk**